UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPH C. BALLAY, III                              CIVIL ACTION

VERSUS                                             NUMBER: 14-2070

CORRECT HEALTH, ET AL.                             SECTION: "J"(5)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that that Plaintiff's suit is dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civ. P.

New Orleans, Louisiana, this 5th day of October, 2015.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE